IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RICARDO G. DEISERNIA<br> aka Ricardo G. Deiserna,<br> aka Ricardo Guillermo Deisernia,<br> aka Rick Seysern,<br> aka Rick Diserna,<br> aka Richard Deisernia,<br> aka Rick Deserna,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. 03CR 331

JUDGE

JUDGE ADAMS

I N D I C T M E N T
Violations:  Title 18,
United States Code, Sections
2, 545, 922(1), 924(a)(1)(C),
922(a)(1)(A) and 924(a)(1)(D).

The Grand Jury charges:

<u>COUNT 1</u>

1.   On or about October 3, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is: a firearm silencer, which was imported in a package marked "Hydraulic Cylinder", in violation of Title 18, United States

EXHIBIT B

-2-

Code, Sections 545 and 2.

The Grand Jury further charges:

### COUNT 2

2.    On or about October 15, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is: a firearm silencer, which was imported in a package marked "Sample Bushings", in violation of Title 18, United States Code, Sections 545 and 2.

The Grand Jury further charges:

### Count 3

3.    On or about December 11, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, willfully and knowingly and with intent to defraud the United States, did smuggle and clandestinely introduce into the United States merchandise which should have been invoiced, that is: a firearm silencer, which was imported in a package marked "Carburator Parts/Instructions", in violation of Title 18, United States Code, Sections 545 and 2.

-3-

The Grand Jury further charges:

## Count 4

4.     On or about October 3, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka  RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, knowingly and without authorization of the Secretary of the Treasury, as provided in Title 18 United States Code, Section 925(d), imported and brought into the United States a firearm as defined in Title 18, United States Code § 921(a)(3)(C), that is: firearm silencer, as defined in Title 18, United States Code § 921(a)(24), in violation of Title 18, United States Code, Sections 922(l), 924(a)(1)(C) and 2.

The Grand Jury further charges that:

## Count 5

5.     On or about October 15, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, knowingly and without authorization of the Secretary of the Treasury, as provided in Title 18, United States Code, § 925(d), imported and brought into the United States a firearm as defined in Title 18, United States Code, § 921(a)(3)(C), that is: firearm silencer, as defined in Title 18, United States Code, § 921(a)(24), in violation of Title 18, United States Code, Sections

-4-

922(l), 924(a)(1)(C) and 2.

The Grand Jury further charges that:

### Count 6

6.   On or about December 11, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, knowingly and without authorization of the Secretary of the Treasury, as provided in Title 18, United States Code, § 925(d), imported and brought into the United States a firearm as defined in Title 18, United States Code, § 921(a)(3)(C), that is: a firearm silencer, as defined in Title 18, United States Code, § 921(a)(24), in violation of Title 18, United States Code, Sections 922(l), 924(a)(1)(C) and 2.

The Grand Jury further charges that:

### Count 7

7.   From on or about October 3, 2001 through on or about December 11, 2001, in the Northern District of Ohio, Eastern Division, the defendant, RICARDO G. DEISERNIA, aka RICARDO G. DEISERNA, aka RICARDO GUILLERMO DEISERNIA, aka RICK SEYSERN, aka RICK DISERNA, aka RICHARD DEISERNIA, aka RICK DESERNA, not being a licensed importer, manufacturer, dealer, and collector of firearms, knowingly and willfully engaged in the business of importing, manufacturing and dealing in firearms and in the course of such business did ship and transport in foreign commerce from