IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:03CR331 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO G. DEISERNIA, | ) | |
| aka Ricardo G. Deiserna, | ) | |
| aka Ricardo Guillermo Deisernia, | ) | |
| aka Rick Seysern, | ) | **TO BE FILED UNDER SEAL** |
| aka Rick Diserna, | ) | |
| aka Richard Deisernia, | ) | |
| aka Rick Deserna, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO SEAL
AN AFFIDAVIT IN SUPPORT OF A REQUEST FOR EXTRADITION

The United States of America, through its undersigned attorney, requests this Court to seal the Affidavit of Assistant United States Attorney Benita Y. Pearson in support of the extradition of Ricardo G. Deisernia, the defendant in the case entitled <u>United States v. Ricardo G. Deisernia</u>, Case No. 1:03 CR 031. Deisernia was indicted on charges which arose out of an

1

investigation involving the smuggling of firearms into the United States. The indictment is presently under seal and will remain sealed until Deisernia is arrested. Undercover contacts with Deisernia and source information have verified that he is living in Capital Buenos Aires, Argentina. The government is seeking extradition of defendant Deisernia. Under Rule 6(e)(6) of the Federal Rules of Criminal Procedure, the Affidavit and all attached exhibits should remain sealed until defendant Deisernia is arrested.

WHEREFORE, the United States requests this Court to seal the Affidavit and all attached exhibits until such time as defendant Deisernia is arrested.

Respectfully submitted,

GREGORY A. WHITE
UNITED STATES ATTORNEY

By: *[signature]*

Benita Y. Pearson
Assistant United States Attorney
U.S. Attorney's Office
801 West Superior Ave., Suite 400
Cleveland, Ohio 44113
(216) 622-3919
(216) 522-7358 (fax)
Registration #0065709
Benita.Pearson@usdoj.gov