## ATTACHMENT A

Documentary Evidence:

1)  Emails from DEISERNIA to the ICE undercover agent as well as Maxim Shebelnichenko, defendant in Case No. 1:01CR149;

2)  Content of the website www.fullautoglock.com (an internet website operated by DESEIRNIA);

3)  Subscriber information for the email addresses rickyboy@interare.com.ar and collectors2hotmail.com (both of which were used by DEISERNIA in conducting his smuggling operation);

4)  Documentation from Western Union confirming the transmission of money from Maxim Shebelnichenko to DEISERNIA in Argentina.

Photographs of Physical Evidence: Photographs include items shipped by DEISERNIA from Argentina to an undercover Immigration and Customs Enforcement agent, including a silencer and its original component parts and shipping packages as well as a conversion kit which successfully changed a semi-automatic firearm into a fully automatic machine gun .