

SCHOOL OF LAW
CASE WESTERN RESERVE
UNIVERSITY

School of Law
11075 East Boulevard
Cleveland, Ohio 44106-7148

fax 216.368.2086
law.case.edu

FILED
2017 SEP 20 PM 1:34
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Motion granted 9/22/17. The case has been unsealed.
The Court Reporter is Lori Callahan at (330)252-6022.
s/John R. Adams
U.S. District Judge

September 12, 2017

The Honorable John R. Adams
John F. Seiberling Federal Building and U.S. Courthouse
Two South Main Street, Room 510
Akron, Ohio 44308-1813

Re: August 31, 2017 Hearing Transcript in *United States vs. John Doe*, Case No. 1:03CR331

Dear Judge Adams:

We are writing to request access to the transcript generated from the hearing on Thursday, August 31, 2017 in Case No. 1:03CR331, referred to on-record as *United States vs. Doe*. We have been in contact with the court reporter, Ms. Callahan, who is prepared to transcribe and deliver the transcript following your approval.

If you need to contact us for any reason, please feel free to reach us anytime at 216-368-6855 or by email at patrick.kabat@case.edu and andrew.geronimo@case.edu.

Sincerely,

Patrick S. Kabat, Director
Andrew Geronimo, Legal Fellow
*First Amendment and the Arts Project*
*Case Western Reserve University School of Law*

Cc: Robert J. Patton
Michael Rendon